## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

ELLEN PEEBLES.,

      Plaintiff,

v.                                                                      Case No.: 9:21-cv-81451

JEFFERSON CAPITAL, LLC,

      Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

      Defendant, Jefferson Capital Systems, LLC (JCAP), incorrectly identified as Jefferson Capital, LLC in the Complaint, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 26, 2021          Respectfully submitted,

                              */s/ Ashley Wydro*
                              Ashley Wydro, Esq.
                              Florida Bar No. 0106605
                              Dayle M. Van Hoose, Esq.
                              Florida Bar No. 0016277
                              SESSIONS, ISRAEL & SHARTLE, L.L.C.
                              3350 Buschwood Park Drive, Suite 195
                              Tampa, Florida 33618
                              Telephone: (813) 440-5327
                              Facsimile: (877) 334-0661
                              awydro@sessions.legal

          dvanhoose@sessions.legal

          *Counsel for Defendant, Jefferson Capital Systems, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 26th day of August, 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

        */s/ Ashley Wydro*
        Attorney